M. P. No. 78-150. IN RE: IDALIO F. SANTOS. The petitions of Idalio F. Santos for a writ of habeas corpus, filed with this court on May 2, 1978 and May 30, 1978, respec-

tively, are denied. *Idalio F. Santos*, pro se, petitioner. *Julius C. Michaelson*, Attorney General, *Nancy Marks Rahmes*, Special Assistant Attorney General, for respondent.